UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**NEHEMIAH J. HEBERT**                         **CASE NO. 6:22-CV-02088**

**VERSUS**                                     **JUDGE ROBERT R. SUMMERHAYS**

**ALLY FINANCIAL, INC.**                      **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

Before the Court is a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendant Ally Financial, Inc. [ECF No. 11]. The motion was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, including the objection filed by Plaintiff,[1] this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff in this matter are DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 19th day of May, 2023.

 

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 18; *see also* ECF Nos. 19, 20.